**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street, Ste. 900
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DON'S A-1 GLASS INC., <br><br> Defendant. | Civil No. 3:23-cv-00378-SB <br><br> **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

An order of default having been entered against defendant, plaintiffs hereby move the Court for a default judgment against defendant. This motion is made pursuant to FRCP 55(b) and is supported by the Declaration of Cary Cadonau submitted herewith.

Plaintiffs request that judgment be entered as follows:

1.    On the **First Claim for Relief**, requiring defendant to pay $847.48 in interest and $2,602.99 in liquidated damages to plaintiffs due to defendant's failure to timely pay its fringe benefit contributions for the months of October 2022 through February 2023;

Page 1 – **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

2. On the **Second Claim for Relief**, requiring defendant to pay $1,797.08 in interest and $7,972.74 in liquidated damages to plaintiffs due to defendant's failure to timely pay its fringe benefit contributions for the months of August 2021 through September 2022;

3. On the **Third Claim for Relief**, requiring defendant to pay the following amounts in connection with the payroll examination covering the period of October 2020 through March 2022: $431.88 in fringe benefit contributions, $79.76 in liquidated damages, $60.07 in interest calculated through May 31, 2022, with interest continuing to accrue on the unpaid fringe benefit contributions owed to the Training Fund, Pension Fund and Promotion Fund ($428.72) at the rate of 12% per annum from June 1, 2022, until paid, and interest continuing to accrue on the unpaid fringe benefit contributions owed to the LMP and FTI ($3.16) at the rate of 5% per annum from June 1, 2022, until paid, plus $1,161.50 in payroll examination fees;

4. Requiring defendant to pay $2,040.00 in attorney fees and $553.48 in court costs to plaintiffs; and

5. Providing that plaintiffs shall retain the right to conduct a future payroll examination of defendant's books and records (for any time period other than October 2020 through March 2022) in order to ensure that all required fringe benefit contributions and union dues have been paid; and further, in the event such future payroll examination reveals that delinquent fringe benefit contributions and/or dues are owed, providing that plaintiffs shall have the right to institute legal proceedings against defendant to recover the delinquent fringe benefit contributions and/or union dues found due and owing pursuant to the payroll examination report, together with liquidated damages, interest, payroll examination fees, attorneys' fees and court costs.

Page 2 – **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

BROWNSTEIN | RASK LLP
1 SW COLUMBIA STREET // SUITE 900
PORTLAND, OR 97204
P 503.221.1772 F 503.221.1074

This motion is made pursuant to Fed. R. Civ. P. 55 and is supported by the Declaration of Cary Cadonau submitted herewith.

DATED this 13th day of October 2023.

**BROWNSTEIN RASK, LLP**

_____
Cary R. Cadonau, OSB # 002245
Attorney for Plaintiffs