IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING FUND *et al.*, | No. 3:23-cv-00378-SB |
| Plaintiffs, | ORDER |
| v. | |
| DON'S A-1 GLASS INC., | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation on December 5, 2023, in which she recommends that the Court grant Plaintiffs' Motion for Default Judgment. F&R, ECF 13. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [13]. Accordingly, Plaintiffs' Motion for Default Judgment [11] is GRANTED. Plaintiffs are to submit a proposed judgment to the Court within 30 days.

IT IS SO ORDERED.

DATED:      January 5, 2024        .

_____
MARCO A. HERNANDEZ
United States District Judge

2 – ORDER