**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street, Ste. 900
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
      Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DON'S A-1 GLASS INC., <br><br> Defendant. | Civil No. 3:23-cv-00378-SB <br><br> **DEFAULT JUDGMENT** |

BASED ON the Court's order dated January 5, 2024 [16] adopting Magistrate Judge Beckerman's Findings and Recommendation [13], now therefore, plaintiffs shall have judgment against defendant as follows:

1.    On the **First Claim for Relief**, plaintiffs shall have a judgment against defendant in the amount of $847.48 in interest and $2,602.99 in liquidated damages due to defendant's failure to timely pay its fringe benefit contributions for the months of October 2022 through February 2023;

2. On the **Second Claim for Relief**, plaintiffs shall have a judgment against defendant in the amount of $1,797.08 in interest and $7,972.74 in liquidated damages due to defendant's failure to timely pay its fringe benefit contributions for the months of August 2021 through September 2022;

3. On the **Third Claim for Relief**, plaintiffs shall have a judgment against defendant in the following amounts in connection with the payroll examination covering the period of October 2020 through March 2022: $431.88 in fringe benefit contributions, $79.76 in liquidated damages, $60.07 in interest calculated through May 31, 2022, with interest continuing to accrue on the unpaid fringe benefit contributions owed to the Training Fund, Pension Fund and Promotion Fund ($428.72) at the rate of 12% per annum from June 1, 2022, until paid, and interest continuing to accrue on the unpaid fringe benefit contributions owed to the LMP and FTI ($3.16) at the rate of 5% per annum from June 1, 2022, until paid, plus $1,161.50 in payroll examination fees;

4. Plaintiffs shall have a judgment against defendant in the amount of $2,040.00 in attorney fees and $553.48 in court costs; and

5. Plaintiffs shall retain the right to conduct a future payroll examination of defendant's books and records (for any time period other than October 2020 through March 2022) in order to ensure that all required fringe benefit contributions and union dues have been paid; and further, in the event such future payroll examination reveals that delinquent fringe benefit contributions and/or dues are owed, plaintiffs shall have the right to institute legal proceedings against defendant to recover the delinquent fringe benefit contributions and/or union

dues found due and owing pursuant to the payroll examination report, together with liquidated damages, interest, payroll examination fees, attorneys' fees and court costs.

IT IS SO ADJUDGED.

DATED: _____January 26, 2024_____

_____
MARCO A. HERNANDEZ
United States District Judge